UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00230-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES GLIDEWELL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Supervised Release Violation is set for **Friday, March 4, 2011 at 10:00 a.m.** in courtroom A-1002.

    Dated:  January 12, 2011