# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number: 10-cr-00230-WYD-01 |
| JAMES LEE GLIDEWELL | USM Number: 49755-280 |
| | Scott Varholak, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt and was found guilty of violations 1, 2, 3, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Follow Instructions of the Probation Officer | 02/02/2012 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 4 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 29, 2012
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

June 12, 2012
Date

DEFENDANT: JAMES LEE GLIDEWELL
CASE NUMBER: 10-cr-00230-WYD-01                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Notify Probation Officer of Change in Residence | 01/17/2012 |
| 3 | Failure to Notify Probation Officer of Change in Employment | 02/09/2012 |
| 5 | Failure to Participate in Drug/Mental Health Aftercare Treatment as Directed by the Probation Officer | 02/05/2012 |
| 6 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 01/30/2012 |

DEFENDANT:  JAMES LEE GLIDEWELL
CASE NUMBER:  10-cr-00230-WYD-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months with a maximum period of incarceration ending on August 19, 2012.

The defendant is remanded to the custody of the United States Marshal. Defendant to receive credit for 73 days presentence confinement.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal